# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00231-CV

**J. T., Appellant**

**v.**

**Department of Family and Protective Services, Appellee**

### FROM THE 433RD DISTRICT COURT OF COMAL COUNTY
### NO. C2012-0351D, THE HONORABLE BERT RICHARDSON, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant J.T. filed his notice of appeal on April 8, 2013. The appellate record was complete April 30, 2013, making appellant's brief due May 20, 2013. On May 13, 2013, counsel for appellant filed a motion for extension of time to file appellant's brief.

Recent amendments to the rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a), available at http://www.supreme.courts.state.tx.us/MiscDocket/12/12903200.pdf (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion in part and order counsel to file appellant's brief no later than June 4, 2013. If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court.

It is ordered on May 16, 2013.

Before Justices Puryear, Pemberton and Rose